UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                                    CHAPTER 13 PROCEEDING:
CHERYL MORGAN                                                            09-20490-C-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Aug 3, 2009.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below has refused payment.

   AMERICAS SERVICING COMPANY
   ONE HOME CAMPUS BK PMT PROC
   MAC X2302 04C
   DES MOINES, IA  50328

5. As a result, funds owed to the creditor in the amount of $1,304.80 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, February 19, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78478
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  
CHERYL MORGAN  
DEBTOR

CHAPTER 13 PROCEEDING:  
09-20490-C-13

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Feb 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

CHERYL MORGAN  
4609 MARKS  
CORPUS CHRISTI, TX  78411

THE LAW OFFICE OF JOEL GONZALEZ PLLC  
5350 S STAPLES  STE 406  
CORPUS CHRISTI, TX  78411

AMERICAS SERVICING COMPANY  
ONE HOME CAMPUS BK PMT PROC  
MAC X2302 04C  
DES MOINES, IA  50328

BRICE VANDER LINDEN & WERNICK  
9441 LBJ FREEWAY STE 350  
DALLAS, TX  75243-4545